THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>TRAVIS DELOY PETERSON,<br><br>　　　　　　　Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISION<br><br>Case No. 4:24-cr-00031<br><br>District Judge David Nuffer |

　　　　Defendant Travis Peterson ("Peterson") filed a pro se Request for Early Termination of Probation (hereinafter referred to as the "Motion").[1] The United States of America ("USA") has objected to an early termination of supervision.[2] Peterson was originally sentenced to a term of imprisonment of forty-one (41) months, followed by a term of supervised release of five years.[3] He has completed nearly fifteen (15) months of supervision, and now seeks early termination of this supervised release.[4] For the reasons stated herein, the Motion is DENIED.

　　　　Peterson's mail fraud conviction offense, as described in the Presentence Investigation Report,[5] was a complex, artfully designed, long-term scheme using many tools of deception, affecting many victims. The probation office verifies that Peterson is technically eligible for early termination of supervision under 18 U.S.C. § 3583(e)(1).[6] This is an excellent position for

---

[1] Docket no 5, filed May 1, 2025.

[2] Docket No. 7, filed May 21, 2025.

[3] *Id.*

[4] Docket no 5, at 2.

[5] Docket No. 7.

[6] *Id.*

Peterson to be in. But he is, however, not ready for termination of supervision A principal purpose of supervision is to ensure the defendant is re-integrated into legitimate social participation. This can only be assured with the passage of time. Significant time is required to ensure that his current law-abiding and productive lifestyle is sustanined.

Further time is needed to ensure the defendant has accomplished the goals of supervision. Therefore, the Motion is DENIED.[7]

Signed May 23, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[7] Docket no. 5.